Mod AO 442 (09/13) Arrest Warrant AUSA Name & Telno: Mathew Andrews (914) 993-1920

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

United States of America
v.
CHASKEL LANDAU

*Defendant*

Case No. 19M10886

DEC 06 2019

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Chaskel Landau,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Sections 371 (Conspiracy) and 1960 (Operating an Unlicensed Money Transmitting Business)

Date: 11/19/2019

*Issuing officer's signature*

City and state: White Plains, New York

MAG. JUDGE DAVISON

*Printed name and title*

**Return**

This warrant was received on *(date)* 11/19/2019, and the person was arrested on *(date)* 11/21/2019
at *(city and state)* Spring Valley, New York.

Date: 11/21/2019

*Arresting officer's signature*

Special Agent Michael Castner

*Printed name and title*