**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

CHASKEL LANDAU, ALTER LANDAU, and JOSEPH NEUMAN,

Defendants.

Docket No. 19-mj-10886

**NOTICE OF APPEARANCE**

To: The clerk of court and all parties of record.

I am admitted to practice in this court, and I appear in this case as counsel for defendants Chaskel Landau and Alter Landau. All notices given or required to be given in this case and all papers filed in this case should be served upon undersigned counsel.

Dated: February 26, 2020
New York, New York

**BAKER HOSTETLER LLP**

By: /s/ Jonathan B. New
Jonathan B. New
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Fax: (212) 589-4201
Email: jnew@bakerlaw.com

*Attorneys for Defendants*
*Chaskel Landau and Alter Landau*