BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Jonathan B. New
direct dial: 212.589.4650
jnew@bakerlaw.com

July 29, 2020

**VIA HAND DELIVERY AND ECF**

The Honorable Lisa Margaret Smith
United States District Court for the Southern
District of New York
300 Quarropas Street
White Plains, New York 10601

*Re:* *United States v. Landau et al.,* No. 19-m-10886

Dear Judge Smith,

Baker & Hostetler LLP represents Chaskel Landau in the above-referenced matter. Mr. Landau was released on November 21, 2019, pursuant to a $250,000 bond that was co-signed by two financially responsible individuals. *See* No. 19-mj-10886, ECF Doc. No. 12. On behalf of Mr. Landau, I ask that Your Honor grant Mr. Landau permission to travel to Baltimore, Maryland from Friday, July 31, 2020 to Sunday, August 2, 2020.

The reason for this request is that Mr. Landau's nephew will be married next week, and Mr. Landau would like to attend a family religious ceremony in advance of the wedding. If approved by Your Honor, Mr. Landau would return to New York on Sunday, August 2, 2020.

I have communicated with Assistant United States Attorney Mathew Andrews and he does not object to this request. I have also spoken with Winter Pascual, Mr. Landau's assigned Pretrial Services Officer, and he does not object to allowing Mr. Landau to make this trip, with the condition that, upon his return, Mr. Landau abide by any New York State quarantine requirements that may apply.

Thank you for your consideration.

Sincerely,

Jonathan B. New

Cc: AUSA Mathew Andrews