# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No. **19 Mag. 10886**　　　　　　　　　　　　　Date **2/9/21**

USAO No.

The Government respectfully requests the Court to dismiss without prejudice the

✓　Complaint　　　　☐ Removal Proceedings in

*United States v.* **Neuman et al.**

The Complaint/Rule 40 Affidavit was filed on **11/19/19**

　　*U.S. Marshals please withdraw warrant*

　　　　　　　　　　　　　　　　　　　　　　　MATHEW ANDREWS
　　　　　　　　　　　　　　　　　　　　　　　Digitally signed by MATHEW ANDREWS
　　　　　　　　　　　　　　　　　　　　　　　Date: 2021.02.09 18:01:44 -05'00'

　　　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY
　　　　　　　　　　　　　　　　　　　　(handwritten or digital signature)

　　　　　　　　　　　　　　　　　　　(print name if signature handwritten)

**SO ORDERED:**
DATE: **2/10/21**

　　　　　　　　　　　　　　　　　　　　　　　*[signature: Andrew Krause]*

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE