AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

UNITED STATES OF AMERICA
*Plaintiff*
v.
LANDAU, et al.
*Defendant*

Case No. 19MJ10886

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Chaskel Landau and Alter Landau .

Date: 06/09/2021

/s/ Alan S. Lewis
*Attorney's signature*

Alan S. Lewis AL2828
*Printed name and bar number*

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 1005
*Address*

lewis@clm.com
*E-mail address*

(212) 238-8647
*Telephone number*

(212) 732-3232
*FAX number*