CARTER LEDYARD MILBURN

Alan S. Lewis
Partner
lewis@clm.com

2 Wall Street
New York, NY 10005
D / 212-238-8647

June 24, 2021

**VIA ECF**

The Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601
KarasNYSDChambers@nysd.uscourts.gov

Re: **URGENT**/ *United States v. Chaskel Landau*, 19 mj 10886

Dear Judge Karas:

On behalf of Mr. Landau,[1] and with apologies for the *emergency* nature of this request, I respectfully write to request a temporary modification of the geographic restriction that is a condition of his release.

The existing conditions include a $250,000 bond and restriction to the Eastern, Southern and Northern Districts of New York and the District of New Jersey. Mr. Landau requests permission to travel to Baltimore, Maryland, leaving tomorrow, June 25, and returning Monday June 28. His purpose for the proposed trip is to attend the wedding of his niece

I have been advised that neither the government nor Pretrial Services object to this request. The details of Mr. Landau's proposed travel have been provided to his Pretrial Services Officer.

Respectfully submitted,

*/s/ Alan S. Lewis*

Alan S. Lewis

cc: Pretrial Services, Attn Cynthia Labrovic

AUSA Matthew Andrews

[1]I appeared for Mr. Landau when I represented him at his arraignment on the Information.